**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| GILDA DENENE ROBERTSON ) | Case No. 20−34216−KRH |
| ) | Chapter 13 |
| Debtor ) | |

### MOTION FOR EXTENSION OF TIME PAYING FILING FEE INSTALLMENT

COMES NOW the Debtor, by counsel, and files this Motion to Extend Time to Pay Filing Fee Installment, and in support hereof states unto the Court as follows:

1. The Debtor filed the Chapter 13 petition herein on October 19, 2020.

2. The Debtor filed an Application to Pay Filing Fees in Installments, and the Court granted the same.

3. The Debtor's third and final installment payment of $95.00 is due March 8, 2021.

4. Counsel for the Debtor has been unable to contact the Debtor to receive the payment and needs an additional thirty (30) days to do so.

WHEREFORE, the Debtor respectfully requests that the Court enter an Order extending the time for paying the third and final installment payment to April 7, 2021, and for such other relief as the Court may deem appropriate.

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
P.O. Box 508
Richmond, VA  23218
(804) 225-9500 (phone)
(804) 225-9598 (fax)
jkane@kaneandpapa.com
*Counsel for Debtor*

Respectfully submitted,

GILDA DENENE ROBERTSON

By: /s/ James E. Kane
       Counsel

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
P.O. Box 508
Richmond, VA  23218
(804) 225-9500 (phone)
(804) 225-9598 (fax)
jkane@kaneandpapa.com
*Counsel for Debtor*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 9, 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties registered to receive notice thereof and to all creditors and parties in interest on the attached mailing matrix.

/s/ James E. Kane
James E. Kane

2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

|  |  |
|---|---|
| IN RE:                                           ) | |
|                                                       ) | |
| GILDA DENENE ROBERTSON    ) | Case No. 20−34216−KRH |
|                                                       ) | Chapter 13 |
|                   Debtor                     ) | |

## NOTICE OF MOTION AND HEARING

The above Debtor has filed Motion to Extend Time to Pay Filing Fee Installment.

<u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then you or your attorney must:

- File with the court, at the address shown below, a written request for a hearing [or written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for a hearing (or response) to the court for filing, you must mail it early enough so the court will <u>receive</u> it on or before the date stated above, to:

   Clerk of Court
   United States Bankruptcy Court
   701 East Broad Street
   Richmond, VA  23219

You must also mail a copy to:

   James E. Kane, Esquire
   Kane & Papa, P.C.
   1313 East Cary Street
   Richmond, Virginia  23219

- Attend a hearing scheduled for **April 7, 2021 at 12:00 p.m. at 701 E. Broad Street, Room 5000, Richmond, VA 23219**.  You will receive a separate notice of hearing.  <u>If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing</u>.

3

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Respectfully submitted,

GILDA DENENE ROBERTSON

By: /s/ James E. Kane
        Counsel

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
P.O. Box 508
Richmond, VA  23218
(804) 225-9500 (phone)
(804) 225-9598 (fax)
jkane@kaneandpapa.com
*Counsel for Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties registered to receive notice thereof and to all creditors and parties in interest on the attached mailing matrix.

/s/ James E. Kane
    James E. Kane

Allied Cash Advance
4721 Walmsley Blvd
Richmond, VA 23234

AvanteUSA Ltd.
Attn: Bankruptcy
3600 South Gessner Road Ste 225
Houston, TX 77063

Caine & Weiner
Attn: Bankruptcy
5805 Sepulveda Blvd
Sherman Oaks, CA 91411

Capital One
P.O. Box 70884
Charlotte, NC 28272

Comcast
Attn: Bankruptcy
PO Box 3012
Southeastern, PA 19398

Heindel & Loftus
6802 Paragon Place Suite 410
Richmond, VA 23230

Internal Revenue Service
Centralized Insolvency Operati
P. O. Box 7346
Philadelphia, PA 19101-7346

John Banks
3730 LynHaven Avenue
Richmond, VA 23234

Medical College of Virginia Collection
Attn: Billing Dept/Bankruptcy
403 N 13th St #238
Richmond, VA 23298

Midland Credit Management Inc
P.O. Box 60578
Los Angeles, CA 90060-0578

```
Online Collections
Attn: Bankruptcy
Po Box 1489
Winterville, NC 28590


Patient First
P.O. Box 758941
Baltimore, MD 21275


Virginia Dept. of Taxation
P O Box 2156
Richmond, VA 23218
```